

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARTURO DIAZ, INDIVIDUALLY and AD II IMPROVEMENTS, LLC, | § | No. 08-24-00307-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 41st Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| HERC RENTALS INC. F/K/A HERTZ EQUIPMENT RENTAL CORPORATION, | § | (TC# 2021DCV2702) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.